UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GWENDOLYN R. REDDIC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SARTINI PLAZA, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01384-RFB-EJY<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 10] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered October 23, 2020.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 6, 2020.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 10] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER** ORDERED that Plaintiff's Amended Complaint (ECF No. 5) is DISMISSED with prejudice as amendment would be futile.

DATED: January 6, 2021.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**