UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GWENDOLYN R. REDDIC,<br><br>Plaintiff,<br><br>v.<br><br>SARTINI PLAZA, et al.,<br><br>Defendants. | Case No.: 2:18-cv-01384-RFB-EJY<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motions to Wave Amount for Documents and Wave Cost for Copy's (ECF Nos. 21 and 22). In these Motions, Plaintiff seeks to waive costs. It is unclear to the Court what exactly Plaintiff seeks. Plaintiff's *in forma pauperis* status granted during the pendency of this action is inapplicable to the cost associated with copies.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Wave Amount for Documents (ECF No 21) and Motion to Wave Cost for Copy's (ECF No. 22) are DENIED as moot.

DATED this 24th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1